**FILED**

11/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0373

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0373

KAGECO ORCHARDS, LLC, a Montana Limited Liability Company,

    Plaintiff/Appellant,

    v.

MONTANA DEPARTMENT OF TRANSPORTATION, a Montana Administrative Agency,

    Defendant/Appellee.

# ORDER

Pursuant to Rule 26(1), Mont. R. App. P., Defendant/Appellee is granted an extension of time until December 23, 2022, to prepare, file, and serve its Answer Brief.

cc:    Bruce A. Fredrickson /Angel M. LeDuc
       Christian T. Nygren / Hannah C. Woolsey / Bart LaMont

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 15 2022